# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144422

CATHERINE GOODMAN,
      Plaintiff-Appellant,

v

GENERAL MOTORS, L.L.C., MICHIGAN
SUGAR COMPANY, ADDECCO, INC. and
ILLINOIS NATIONAL INSURANCE
COMPANY,
      Defendants-Appellees.

SC: 144422
COA: 304744
WCAC: 09-000219

_____/

      On order of the Court, the application for leave to appeal the December 2, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

Clerk

t0416